ACCEPTED
12-14-00217-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/7/2015 10:28:34 AM
CATHY LUSK
CLERK

**NO. 12-14-00217-CV**

IN THE TWELFTH COURT OF APPEALS

AT TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/7/2015 10:28:34 AM
CATHY S. LUSK
Clerk

BARBARA GAIL HARRIS,

*Appellant,*

v.

IN RE:  FAMILY TRUST CREATED UNDER THE ESTATE

OF HAYDEN R. MAYFIELD, DECEASED

*Nominal Appellee.*

**APPELLANT'S MOTION FOR LEAVE TO FILE AMENDED
MOTION FOR REHEARING**

**TO THE COURT OF APPEALS:**

Barbara Gail Harris, appellant, respectfully files this motion for leave to file

an amended motion for rehearing in this cause that is electronically accepted by

this Court on January 6, 2015.  The sole purpose of her amended motion for

rehearing is to correct one word, in issue three presented for review, in order to

correctly urge that judicial deference must be given to district court jurisdiction.

WHEREFORE, PREMISES CONSIDERED, appellant prays that leave be granted to file her amended motion for rehearing.

Respectfully submitted,

*/s/ Frank L. Supercinski*
FRANK. L. SUPERCINSKI
SBN: 19516000
P.O. Box 189
Longview, Texas 75606
Telephone: (903) 236-0151
Facsimile:   (903) 236-0118
Email: supercinski@sbcglobal.net
ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

I certify that, on the day that the foregoing Appellant's Motion for Leave to file Amended Motion for Rehearing is electronically filed with the Twelfth Court of Appeals for Texas, and through the electronic filing system, a copy of it is served on counsel of record for appellees:

Bradley R. Echols
SBN: 06390450
BOON, SHAVER, ECHOLS, COLEMAN & GOOLSBY, PLLC
1800 W. Loop 281, Suite 303
Longview, Texas 75604
Telephone: (903) 759-2200
Facsimile:   (9030 759-3306
Email:  bradley.echols@boonlaw.com

*/s/ Frank L. Supercinski*
FRANK L. SUPERCINSKI